Argued September 9, 1969, affirmed January 14, 1970

## COOS HEAD TIMBER COMPANY, *Respondent, v.* STATE TAX COMMISSION, *Appellant.*

463 P. 2d 569

(No. 328)

*Theodore W. de Looze,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the briefs were Robert Y. Thornton, Attorney General, and G. F. Bartz, Assistant Attorney General, Salem.

*Joseph McKeown,* Coos Bay, argued the cause for respondent. On the brief were McKeown, Newhouse & Johansen, Coos Bay.

Before PERRY, Chief Justice, and McALLISTER, SLOAN, O'CONNELL, GOODWIN,* DENECKE and HOLMAN, Justices.

---

* Goodwin, J., resigned December 19, 1969.

[ 1 ]

PER CURIAM.

This is an appeal from the Oregon Tax Court, 3 OTR 143, which involves the valuation of the plaintiff's Bunker Hill Sawmill and its related facilities, located in Coos County, for the tax year 1965-1966.

We have carefully examined the facts and issues involved and have reached the conclusion that the decision of the tax court should be affirmed.

Since the opinion of the tax court clearly sets forth the facts and issues of law, we find it unnecessary to add thereto. We adopt the opinion of the Oregon Tax Court as our own.

Judgment affirmed.